UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIM. NO. 3:03CR140(CFD) |
| | : | |
| MARTEL ARRINGTON | : | DECEMBER 9, 2004 |
| | : | |

### REQUEST FOR LEAVE
### TO FILE DOCUMENT UNDER SEAL

The defendant, Martel Arrington, hereby requests leave to file the accompanying document under seal. In support of this Motion, defendant states that the filing of this document under seal is in the interest of justice as the document contains confidential information.

Respectfully submitted,

THE DEFENDANT,
MARTEL ARRINGTON

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: DECEMBER 9, 2004

for Thomas P. Belsky
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct24770
(203) 498-4200

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing REQUEST TO FILE DOCUMENT UNDER SEAL has been mailed to John Marrella, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 9th day of December 2004.

Thomas G. Dennis