# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. MARTEL ARRINGTON

Docket No. 3:03CR00140(CFD)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Martel Arrington, who was sentenced to 63 months' incarceration, to be followed by 3 years' supervised release for a violation of Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e), by the Honorable Christopher F. Droney, United States District Judge, sitting in the court in Hartford, Connecticut on December 16, 2004, and imposed the general terms and conditions theretofore adopted by the Court and also imposed the special condition and terms as follows: 1) The defendant is required to participate in a substance abuse program approved by the U.S. Probation Officer; 2) The defendant is required to obtain and maintain employment, or participate in vocational or educational training and; 3) The defendant is prohibited from possessing a firearm or other dangerous weapon. The defendant commenced his term of supervised release on December 6, 2007, with a tentative termination date of December 5, 2010.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On December 10, 2007, Mr. Arrington reported to the Probation Office for his initial office appointment after being released from the Bureau of Prisons on December 6, 2007. Despite the defendant having no prior mental health history, Mr. Arrington explained that shortly after his arrest on the instant offense, he commenced experiencing auditory hallucinations, while also suffering from depression. While in the Bureau of Prisons, the defendant was subsequently enrolled in mental health counseling, as well as being prescribed psychotropic medications to combat his aforementioned symptoms. Therefore, it is respectfully recommended that the defendant's special conditions be modified to include mental health counseling.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

The defendant shall participate in a program approved by the Probation Office for mental health treatment and testing. The defendant shall pay all, or a portion of, the cost of such treatment, based on his ability to pay, in an amount to be determined by the probation officer. A signed Waiver of Hearing to Modify Conditions is attached.

FILED 2008 JAN 10 P 12:00 US DISTRICT COURT NEW HAVEN, CT

**ORDER OF COURT**

Considered and ordered this _____ day of December, 2007 and ordered filed and made a part of the records in the above case.

_____
The Honorable Christopher F. Droney
United States District Judge

Respectfully Submitted,

_____
Patrick D. Norton
United States Probation Officer

Place: Hartford, Connecticut

Date: 12/17/07

PROB 49
(3/89)

# United States District Court

### District of Connecticut

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"The defendant shall participate in a program approved by the Probation Office for mental health treatment and testing. The defendant shall pay all, or a portion of the costs associated withy treatment, based on the defendant's ability to pay as determined by the probation officer."

Witness: _____
Patrick D. Norton
United States Probation Officer

Signed: _____
Martel Arrington
Supervised Releasee

12-17-07
Date