# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. MARTEL ARRINGTON                                Docket No. 3:03CR00140(CFD)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Martel Arrington, who was sentenced to 63 months' imprisonment, to be followed by 3 years' supervised release for a violation of Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1) and 924(e), by the Honorable Christopher F. Droney, United States District Judge, sitting in the court at Hartford, Connecticut on December 16, 2004, and imposed the general terms and conditions, theretofore adopted by the Court and the following special conditions: 1) The defendant is required to participate in a substance abuse treatment program approved by the U.S. Probation Officer; 2) The defendant is required to obtain and maintain employment, or participate in vocational or educational training and; 3) The defendant is prohibited from possessing a firearm or other dangerous weapon. Mr. Arrington's supervised release commenced on December 6, 2007, with a termination date of December 5, 2010.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
The defendant is being cited for violating the following conditions of supervised release:

### Charge No. 1 - Conditions Violated:
Mandatory Condition: "The defendant shall refrain from any unlawful use of a controlled substance."
Standard Condition: "The defendant shall refrain from excessive use of alcohol and shall not purchase possess, use, distribute or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician."
Standard Condition: "The defendant shall not associate with any person engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer."
On December 10, 2007, Mr. Arrington reported to the Probation Office for his initial office appointment, after being released from the Bureau of Prisons "BOP" while at the Watkinson Halfway House in Hartford, Connecticut on December 6, 2007. Upon inquiry, the defendant admitted to smoking marijuana, along with two other inmates, just hours prior to his release from the custody of the BOP. Although Mr. Arrington admitted to smoking marijuana, a urine sample was retrieved from the Kroll Laboratory in Richmond, Virginia, which confirmed the presence of Phencyclidine (PCP). Mr. Arrington also rendered two additional positive urine samples for PCP on January 4 and 7, 2008, thereby associating with other people engaged in criminal activity. The defendant has rendered three separate tests for PCP usage to date.

### Charge No. 2 - Condition Violated:
Standard Condition: "The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer."
On January 9, 2008, upon inquiry, the defendant stated that he had not used any other illicit substance since December 6, 2007.

### Charge No. 3 - Condition Violated:
Standard Condition: "The defendant shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month." Mr. Arrington failed to report to the Probation Office on January 2, 2008, as previously instructed to do so by this officer.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Martel Arrington to appear before this court at Hartford, Connecticut on _Jan 25,_ 2008 at _11:00_ to show cause why supervision should not be revoked.                                                              _a.m._

**ORDER OF COURT**

Considered and ordered this day _14th_ of January, 2008 and ordered filed and made a part of the records in the above case.

_____
The Honorable Christopher F. Droney
United States District Judge

Sworn to By
_____
Patrick D. Norton
United States Probation Officer

Place _Hartford, Connecticut_

Date _1-14-08_

Before me, the Honorable Christopher F. Droney, United States District Judge, on this _14th_ day of January, 2008 at Hartford, Connecticut, U.S. Probation Officer Patrick D. Norton appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Christopher F. Droney
United States District Judge

JPM