UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 3:03CR140(CFD) |
| v. | |
| MARTEL ARRINGTON | JANUARY 18, 2008 |

## NOTICE OF APPEARANCE

Please enter the appearance of Jonathan S. Freimann, Assistant United States Attorney, as counsel for the United States of America, in the above-referenced case. My appearance is in lieu of the appearance of John A. Marrella.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        JONATHAN S. FREIMANN
        ASSISTANT UNITED STATES ATTORNEY
        Pro Hac Vice No. 02386
        157 Church Street
        New Haven, Connecticut 06510
        Tel: 203-821-3700
        Fax: 203-773-5378
        Email: jonathan.freimann@usdoj.gov

**CERTIFICATION**

This is to certify that a copy of the within and foregoing was sent by facsimile on this 18th day of January 2008, to the following counsel of record:

Office of the Federal Public Defender
265 Church Street, Suite 702
New Haven, Connecticut 06510-7005
Facsimile: 203-498-4207

                                                JONATHAN S. FREIMANN
                                                ASSISTANT UNITED STATES ATTORNEY