# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                  **APPEARANCE**

                                                    CASE NO.: 3:03CR00140(CFD)

MARTEL ARRINGTON

To the Clerk of this Court and all parties of record:

    Enter my Appearance as counsel in this case for:

MARTEL ARRINGTON

Date:   January 23, 2008

_____
*Signature*

Bar No.: ct25379

<u>Sarah A. L. Merriam</u>
*Print Name*

<u>FEDERAL DEFENDER OFFICE</u>
*Firm Name*

<u>265 Church Street, Suite 702</u>
*Address*

<u>New Haven,           CT      06510</u>
*City                 State    Zip Code*

<u>(203) 498-4200</u>
*Phone Number*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 23, 2008, a copy of the foregoing Appearance was sent by United States Mail, first class, to the following: AUSA Jonathan Freimann, 157 Church St., 23rd floor, New Haven, CT, 06510; USPO Patrick Norton, 157 Church Street, 22nd Floor, New Haven, CT, 06510.

_____
Sarah A. L. Merriam