# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. MARTEL ARRINGTON

Docket No. 3:03CR00140(CFD)

### Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Martel Arrington, who was sentenced to 63 months' incarceration, to be followed by 3 years' supervised release for a violation of Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e), by the Honorable Christopher F. Droney, United States District Judge, sitting in the court in Hartford, Connecticut on December 16, 2004, and imposed the general terms and conditions theretofore adopted by the Court and also imposed the special condition and terms as follows: 1) The defendant is required to participate in a substance abuse program approved by the U.S. Probation Officer; 2) The defendant is required to obtain and maintain employment, or participate in vocational or educational training and; 3) The defendant is prohibited from possessing a firearm or other dangerous weapon. The defendant commenced his term of supervised release on December 6, 2007, with a termination date of December 5, 2010.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On July 28, 2008, Mr. Arrington reported to the Probation Office and completed a Monthly Supervision Report and checked off "No," where the report inquires, "Did you possess or use any illegal drugs?" Shortly after completing the aforementioned report, Mr. Arrington tested positive for Phencyclidine (PCP). Upon inquiry, Mr. Arrington stated that he purchased and used approximately $100 of PCP by himself on Thursday, July 24, 2008. Subsequently, on August 8, 2008, Mr. Arrington verbally admitted to using PCP on three separate occasions since July 28, 2008, with the last usage of PCP reportedly occurring on August 5, 2008.

Consequently, initial attempts were made to place the defendant into residential substance abuse treatment at the Salvation Army. However, for several reasons, the aforementioned agency declined the defendant access into their program. Following telephone case conferences with Mr. Arrington's attorney, Assistant Federal Defender Sarah Merriam, and Assistant U.S. Attorney Jonathon Freimann, it was agreed that the defendant was in need of long-term residential program, that offers a high level fo structure, with substance abuse treatment. Therefore, attached is a waiver form that the defendant signed, agreeing to have his special conditions modified to include a 6 month stay in a community confinement center.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for   years, for a total term of   years.
■ To modify the conditions of supervision as follows:

"The defendant shall reside for a period of six months, to commence immediately upon the availability of a bed in a community confinement center and shall observe the rules of that facility.

## ORDER OF COURT

Considered and ordered this __16th__ day of August, 2008 and ordered filed and made a part of the records in the above case.

/s/ Christopher F. Droney, USDJ

The Honorable Christopher F. Droney
United States District Judge

Respectfully Submitted,

Michael E. Sheehan
Supervising U.S. Probation Officer

For: Patrick D. Norton
United States Probation Officer

Place: Hartford, Connecticut

Date: 8/14/08

FILED 2008 SEP -2 P 12:26

U.S. PROBATION OFFICE
2008 AUG 28 P 5:13
NEW HAVEN

PROB 49
(3/89)

# United States District Court
### District of Connecticut

**Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision**

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"The defendant shall reside for a period of six months, to commence immediately upon the availability of a bed in a community confinement center and shall observe the rules of that facility."

Witness: _Patrick D. Norton_
United States Probation Officer

Signed: _Martel Arrington_
Supervised Releasee

Date: 8-12-08